IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BENJAMIN A. RODGERS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 18-cv-1142-CJP |
| COMMISSIONER of SOCIAL SECURITY, | ) ) ) |
| Defendant. | ) ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud (Doc. 26), the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Benjamin A. Rodgers and against defendant Commissioner of Social Security.

DATED:   April 1, 2019

**MARGARET M. ROBERTIE**
**Clerk of Court**

**BY:**   **s//Angie Vehlewald**
**Deputy Clerk**

**Approved:**
**s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**U.S. Magistrate Judge**